IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| DAVID M. SCHNEIDER, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:06cv836 |
| vs. : | |
| : | Chief Judge Susan J. Dlott |
| MICHAEL HARDESTY, et. al., : | |
| : | |
| Defendant(s). : | |

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Timothy S. Hogan. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on March 5, 2009 a Report and Recommendation (Doc. 28). Subsequently, the plaintiff filed objections to such Report and Recommendation (Doc. 30) and Defendant Thomas Nelson filed a response to the objections (Doc. 34).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendations should be adopted.

Accordingly, Defendant Thomas Nelson's motion to dismiss (Doc. 5) is **GRANTED.**


**IT IS SO ORDERED.**


           ___s/Susan J. Dlott_____
           **Chief Judge Susan J. Dlott**
           **United States District Court**