IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| DAVID M. SCHNEIDER, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:06cv836 |
| vs. : | |
| : | Chief Judge Susan J. Dlott |
| MICHAEL HARDESTY, et. al., : | |
| : | |
| Defendant(s). : | |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Timothy S. Hogan filed on December 4, 2009 (Doc. 47), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired December 24, 2009, hereby ADOPTS said Report and Recommendation.

Accordingly, plaintiff's motion is **GRANTED** and this Court certifies its June 23, 2009 Order as a final appealable order pursuant to Fed. R. Civ. p. 54(b).

IT IS SO ORDERED.

                                                                                                                                       s/Susan J. Dlott
                                                                                                                     Chief Judge Susan J. Dlott
                                                                                                                     United States District Court